UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO PEREZ BENITEZ,<br><br>Petitioner,<br>v.<br><br>BRUCE SCOTT et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03882-DGE<br><br>ORDER DENYING IFP APPLICATION (DKT. NO. 1) |

Before the Court is Petitioner's application to proceed *in forma pauperis* ("IFP") in this habeas action. (Dkt. No. 1.) Petitioner has submitted an affidavit indicating that he is unemployed and is unable to pay the filing fee. (Dkt. No. 1-3 at 2.) However, Petitioner's application indicates he has $777.33 in his account, which is sufficient to pay the $5.00 filing fee for his habeas petition. (*Id.*; Dkt. No. 1 at 2.) Accordingly, Petitioner's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED. Petitioner's petition, including any motions filed, will not be considered and the standard briefing schedule will not issue until Petitioner has paid the filing fee.

Petitioner shall pay the filing fee **no later than November 13, 2026** otherwise the case will be closed.

The Clerk is directed to calendar this event.

Dated this 13th day of October, 2026.

David G. Estudillo
United States District Judge